IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN PATRICK STREET,

    Plaintiff,

vs.                                     CASE NO. 5:09cv406/RS-MD

STEVEN KOROSECZ, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 3). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

**ORDERED** on February 10, 2010.

                                /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**